## Tullio Case.

Argued November 14, 1974. *Thomas J. Ridge,* with him *Gifford and Lay,* for appellant; *D. Rogala,* with him *Joseph M. Walsh, Jr.,* and *Carney, Good, Brabender, Palmisano & Walsh,* for appellee.

Order and judgment affirmed.